NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MONTREAL O'BRIEN CUNNINGHAM,    )
                                )
           Appellant,           )
                                )
v.                              )        Case No. 2D18-3285
                                )
STATE OF FLORIDA,               )
                                )
           Appellee.            )
                                )
_____ )

Opinion filed September 27, 2019.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Montreal O'Brien Cunningham, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Peter Koclanes,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.